UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20476-ZLOCH

**UNITED STATES OF AMERICA**

**Plaintiff,**

 **v.**

**RACIEL LEON,**

**Defendant.**

_____/

## MOTION TO WITHDRAW

COMES NOW, undersigned counsel, and pursuant to Federal Rules of Criminal Procedure and files this motion to withdraw, and in support, states:

Undersigned entered a notice of appearance for trial purposes only. After trial, Mr. Leon was sentenced to 126 months. Undersigned filed a motion for new trial and a notice of appeal. Undersigned asks this court to allow undersigned counsel to withdraw and appoint the federal public defender for the appeal.

WHEREFORE, undersigned prays the court grant this motion.

/s/ W_____
Grey Tesh
*Board certified criminal trial lawyer*
FL Bar #506176
515 N. Flagler Dr. Ste P300
West Palm Beach, FL 33401
561-686-6886
gt@greytesh.com
info@greytesh.com (for service)

I CERTIFY THAT a copy of the foregoing was filed via CM/ECF March 3, 2017.

/s/ W_____
Grey Tesh